IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BILLY C. ANDERSON**                                              **PLAINTIFF**

**v.**                                **CIVIL NO. 1:23-cv-00043-HSO-BWR**

**MISSISSIPPI BAR, et al.**                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**. Plaintiff Billy C. Anderson's federal-law claims against the Mississippi Bar are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Anderson's federal-law claims against Defendant J. Adam Miller are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Because the Court declines to exercise supplemental jurisdiction, any remaining state-law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this 22nd day of February, 2024.

                                               *s/ Halil Suleyman Ozerden*
                                               HALIL SULEYMAN OZERDEN
                                               UNITED STATES DISTRICT JUDGE